Mark D. Nielsen, Esq., No. 210,023
 *mnielsen@cislo.com*
Daniel M. Cislo, Esq., No. 125,378
 *dan@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Defendant,
BRYBRADAN, INC. dba MISTIC PRODUCTS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIO PRODUCTS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BRYBRADAN, INC., a California corporation, doing business as MISTIC PRODUCTS, and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 2:16-cv-05067-BRO-E<br><br>[Hon. Beverly Reid O'Connell]<br>  ORDER ON<br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed.R.Civ.P. 41(a)(1)(A)(ii)] |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

# STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, on or about July 11, 2016, Plaintiff Indio Products, Inc. ("Indio") commenced this case against Brybradan, Inc. dba Mistic Products ("Brybradan") for copyright infringement, trademark infringement, and related causes of action;

WHEREAS, the operative pleadings in the case are Indio's First Amended Complaint (Docket Nos. 19, 19-1, 19-2), Brybradan's Answer, Affirmative Defenses, and Counterclaims (Docket Nos. 29, 29-1, 29-2), and Indio's Answer to Brybradan's Counterclaims (Docket No. 33);

WHEREAS, the parties conducted limited discovery in this matter, but no dispositive rulings by the Court or a trial on the merits occurred;

WHEREAS, the parties have settled this matter and now desire to dismiss this matter in its entirety, with prejudice, with each party bearing its own respective attorneys' fees, costs, and expenses, and with the parties hereby requesting that the Court retain jurisdiction over this matter for purposes of enforcing any breach of the settlement agreement; and,

WHEREAS, in the event of any alleged breach of the settlement agreement, the parties will make initial, reasonable, good faith efforts to resolve any such disputes without the need for court intervention.

NOW THEREFORE, Plaintiff and Defendant, by and through their respective counsel of record, hereby stipulate and agree that:

(1) This action shall be dismissed in its entirety, with prejudice;

(2) Each party shall bear its own attorneys' fees, costs, and expenses;

(3) The Court shall retain jurisdiction over this matter for purposes of enforcing any breach of the settlement agreement; and,

///

///

///

(4) The parties shall engage in initial, reasonable, good faith efforts to resolve any alleged breaches of the settlement agreement prior to filing any action to resolve any such disputes.

IT IS SO STIPULATED.

| | |
|---|---|
| **CISLO & THOMAS LLP** | **COHEN LAW,**<br>**A PROFESSIONAL LAW CORP.** |
| /s/Mark D. Nielsen<br>Mark D. Nielsen<br>Daniel M. Cislo | /s/Amy M. Cohen (with permission)<br>Amy M. Cohen |
| Attorneys for Defendant,<br>BRYBRADAN, INC. dba MISTIC PRODUCTS | Attorneys for Plaintiff,<br>INDIO PRODUCTS, INC. |
| Dated: July 5, 2017 | Dated: July 5, 2017 |

\\srv-DB\TMDOCS\16-31999\Stipulation of Dismissal with Prejudice.docx

IT IS SO ORDERED.

DATED: July 10, 2017

UNITED STATES DISTRICT JUDGE